# United States Court of Appeals for the Federal Circuit

---

November 5, 2012

**ERRATUM**

---

Appeal No. 2012-5007

**JENNIFER HIBBARD,**
*Petitioner-Appellant,*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee,*

Decided: November 2, 2012
Precedential Opinion

---

Please make the following change:

Page 16, line 29, change "was" to "were."